DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 005PA15 | Commscope Credit Union v. Butler and Burke, LLP, et al. | 1. Third-Party Defs' Motion to Withdraw as Counsel of Record | 1. Allowed **04/25/2016** |
| | | 2. Third-Party Defs' Motion to Substitute Counsel | 2. Allowed **04/25/2016** |
| 026P16 | Shaka Greene v. Trustee Services of Carolina, LLC and U.S. Bank, N.A. <br><br> In the Matter of the Foreclosure of Real Property Under Deed of Trust from Jeffrey S. Kenley and Laura L. Kenley, in the Original Amount of $296,700, and Dated September 29, 2005 and Recorded on September 30, 2005, in Book 3935 at Page 425, of Union County Registry | 1. Plt's Motion for Temporary Stay (COA15-90 & COA15-97) <br><br> 2. Plt's Petition for *Writ of Supersedeas* <br><br> 3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/22/2016** Dissolved **06/09/2016** <br><br> 2. Denied <br><br> 3. Denied |
| 031P16 | Shapemasters, Inc. v. Angelo Accetturo, Wilderness Trail Development Corporation, and Wilderness Trail Holdings, LLC. | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-741) | Denied |
| 035P16 | State v. William Miller Baker | 1. State's Motion for Temporary Stay (COA15-649) <br><br> 2. State's Petition for *Writ of Supersedeas* <br><br> 3. State's PDR | 1. Allowed **02/05/2016** <br><br> 2. Allowed <br><br> 3. Allowed |
| 039P14-2 | Robert S. Chamberlain v. Kristy M. Newton and Kristin C. McCrary | Petitioner's *Pro Se* Motion for Complaint/ Grievance/Petition | Dismissed <br><br> **Ervin, J., recused** |
| 042P04-7 | State v. Larry McLeod Pulley | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **04/15/2016** |